THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DONALD J. WILLIAMS, JR., Appellant. [903 NYS2d 293]—Appeal from a judgment of the Erie County Court (Shirley Troutman, J.), rendered June 17, 2009. The judgment convicted defendant, upon his plea of guilty, of robbery in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Centra, J.P., Peradotto, Carni, Pine and Gorski, JJ.

In the Matter of DONALD KEINZ, an Attorney, Resignor. [903 NYS2d 760]—Order entered accepting resignation, striking name from roll of attorneys and directing payment of restitution. Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed June 22, 2010.)

In the Matter of STEVEN P. MANCUSO, an Attorney, Respondent. [903 NYS2d 759]—Order of suspension entered pursuant to Judiciary Law § 90 (4) (f) and (g). Present—Martoche, J.P., Peradotto, Carni, Lindley and Green, JJ. (Filed June 23, 2010.)